IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TODD ANTHONY MEUIR,
    Petitioner,

vs.                                       Case No.: 3:16cv624/LAC/EMT

STATE OF FLORIDA,
    Respondent.
_____/

## REPORT AND RECOMMENDATION

Petitioner, an inmate of the Florida Department of Corrections ("FDOC") proceeding pro se, commenced this case by filing an "Emergency Petition for Writ of Habeas Corpus" and "Affidavit of Indigency" (ECF Nos. 1, 2). Petitioner did not file either of the documents on the court-approved form, as required by the Local Rules of this court, *see* N.D. Fla. Loc. RR. 5.3, 5.7; therefore, on November 29, 2016, the court ordered Petitioner to either file a motion to proceed in forma pauperis on the court-approved form, or pay the filing fee, within 30 days (*see* ECF No. 4).

According to the docket, the copy of the order of November 29, 2016, sent to Petitioner by the court, was returned to the court by the FDOC marked, "Released 12-2-16" (*see* ECF No. 6). The clerk then re-sent the order to Petitioner at the release

address indicated on the FDOC's public website. That copy was also returned to the court marked, "Return to Sender" (*see* ECF No. 7).

On January 3, 2017, the court issued an order requiring Petitioner to show cause, within thirty (30) days, why this action should not be dismissed for failure to comply with an order of the court (ECF No. 8). The court directed the clerk of court to send a copy of the show cause order to Petitioner at his address of record (Century Correctional Institution), and Petitioner's release address indicated on the FDOC's public website (2500 W. Colonial Drive, Orlando, Florida 32804). Both copies were returned to the court as undeliverable.[1] Further, the time for compliance with the show cause order has now elapsed, and Petitioner has not filed an amended petition, paid the filing fee, submitted a motion to proceed in forma pauperis, or explained his inability to comply with the court's orders.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED without prejudice** for Petitioner's failure to comply with an order of the court.

---

[1] The copy returned from the FDOC was marked, "Released 12.02.16" (*see* ECF No. 9). The copy returned from the Orlando address was marked, "Return to Sender" (*see* ECF No. 10).

Case No.: 3:16cv624/LAC/EMT

**DONE AND ORDERED** this 8<u>th</u> day of February 2017.


/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**


**NOTICE TO THE PARTIES**

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636**.